IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE NISSAN NORTH AMERICA, INC. | ) | |
| ODOMETER LITIGATION | ) | MDL Docket No. 3:08-md-1921 |
| | ) | ALL CASES |
| | ) | Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment as to the Odometer Act claim filed by defendants Nissan North America, Inc. and Nissan Motor Co., Ltd. (Docket No. 85) is **GRANTED**, and the Motion to Disqualify filed by the plaintiffs (Docket No. 101) is **DENIED**. The defendants' request for oral argument is **DENIED**. Count I of the Consolidated Amended Class Action Complaint (Docket No. 26) is hereby **DISMISSED**.

It is so Ordered.

Entered this 20th day of September 2010.

_____
ALETA A. TRAUGER
United States District Judge