IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: NISSAN NORTH AMERICA, INC. ODOMETER LITIGATION | ) ) ) ) ) MDL Docket No. 3:08-md-1921 ALL CASES Judge Trauger |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 4**

On March 12, 2009, the Court entered Case Management Order No. 3 [Dkt. No. 64], which ordered that the parties direct their efforts to complete discovery as to design of the odometer systems in the relevant models of vehicles and allegedly offending devices, and file any dispositive motions on Plaintiffs' claims under the Federal Odometer Act. After considering the parties' briefing and evidence, the Court granted Defendants' Motion for Summary Judgment on Plaintiffs' Federal Odometer Act claims. [Dkt. No. 117].

Now that the phase of the litigation addressed by Case Management Order No. 3 has been completed, the parties agree, and the Court believes, that new case deadlines are necessary. Accordingly, the following deadlines shall apply in this proceeding:

| | |
|---|---|
| Deadline to file Motion for Class Certification. | January 31, 2012 |
| Plaintiffs' expert disclosures and reports due for any experts to be relied upon in support of Motion for Class Certification | January 31, 2012 |
| Deadline for any dispositive motions Plaintiffs request to be considered prior to or in connection with class certification | January 31, 2012 |
| Deadline for Plaintiffs to produce class certification experts for deposition | March 15, 2012 |
| Deadline to file response to Motion for Class Certification | April 15, 2012 |

1

| Defendants' expert disclosures and reports due for any experts to be relied upon in opposition to Motion for Class Certification | April 15, 2012 |
|---|---|
| Deadline for any dispositive motions Defendants request to be considered prior to or in connection with class certification | April 15, 2012 |
| Deadline for Defendants to produce class certification experts for deposition | May 15, 2012 |
| Deadline to file reply re: Motion for Class Certification. | May 31, 2012 |
| Class certification hearing. | ~~---------------, 2012~~ |

Date: 6/13/11

ALETA A. TRAUGER
United States District Judge

**APPROVED FOR ENTRY:**

*/s/ Richard L. Coffman by JHZ w/ permission*
Richard L. Coffman, Esq.
Texas Bar No. 04497460
THE COFFMAN LAW FIRM
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
(409) 833-7700
(866) 835-8250 FAX
Email: rc@cofflaw.com

*Attorney for Plaintiff Thomas L. Harken, Jr. and Interim Class Counsel for Non-Womack Plaintiffs*

*/s/ R. Stephen Woodfin by JHZ w/ permission*
R. Stephen Woodfin, Esq.
Texas Bar No. 21930400
LAW OFFICE OF STEPHEN WOODFIN
1012 Houston
Kilgore, TX 75663
(903) 984-0518
(903) 984-2574 FAX
Email: stephenwoodfin@sydcom.net

*Attorney for Plaintiffs Rebecca Womack and Steven Fahle and Interim Class Counsel for Womack Plaintiffs*



*/s/ E. Paul Cauley, Jr. by JHZ w/ permission*
E. Paul Cauley, Jr. (admitted pro hac vice)
TX Bar No. 04018900
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004
E-mail: paul.cauley@sdma.com

and



*/s/ Jessalyn H. Zeigler*
R. Dale Grimes (BPR No. 6223)
Jessalyn H. Zeigler (BPR No. 16139)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
E-mail: dgrimes@bassberry.com
E-mail: jzeigler@bassberry.com

*Attorneys for Defendant Nissan North America, Inc. and Nissan Motor Co., Ltd.*